IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DERRICK SMITH,                    :
                                  :
        Petitioner,               :
                                  :
    vs.                           :    CIVIL ACTION NO.: CV214-114
                                  :
                                  :
SUZANNE HASTINGS, Warden,         :
                                  :
        Respondent.               :

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Derrick Smith ("Smith") filed Objections. In his Objections, Smith contends that only a court of the United States can correct the information in his Pre-Sentence Investigation Report ("PSI"). Smith asserts that, until this occurs, the notation in his central file containing the correct information means nothing. Smith also asserts that his erroneous designation as a career offender will prevent him from being released on November 1, 2015, as result of a law which may come into effect on November 1, 2014.

Even accepting Smith's assertions as true, he fails to show that he is entitled to proceed with his habeas corpus petition in this Court. In addition, Smith's entitlement to the application of the law which is supposed to come into effect is a matter which must be decided by the sentencing court.

Smith's Objections are **overruled**.   The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.   Respondent's Motion to Dismiss is **GRANTED**.   Smith's petition, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**.   The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this ⎯⎯ day of ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ , 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)